IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>FRANCISCO MENDOZA-PRADO,<br><br>　　　　　Defendant.　　　　　　　　　／ | No. CR 99-00062 CRB<br>No. C 03-01790 CRB<br><br>**CERTIFICATE OF APPEALABILITY** |

　　　Because Petitioner has made a "'substantial showing of the denial of a constitutional right'" and because the issues presented in his petition for writ of habeas are "debatable among jurists of reason," his request for a certificate of appealability is GRANTED. Lambright v. Stewart, 220 F.3d 1022, 1025 (9th Cir. 2000 (quoting 28 U.S.C. 2253(c)(2)). The following questions are hereby certified for appeal:

　　　(1) whether this Court erred in holding that Petitioner made an inadequate showing of prejudice to warrant habeas relief on his claim of ineffective assistance of counsel; and

//
//
//

(2) whether this Court erred in determining that an evidentiary hearing was unnecessary to determine whether Petitioner was prejudiced by his attorney's alleged failure to inform him of the possibility that the government would file a superseding indictment against him.

**IT IS SO ORDERED.**

Dated: March 19, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE